IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURENCE BARKER,

    Plaintiff,

v.                                                                 No. 1:23-cv-0332 SCY/DLM

GR INVESTMENT GROUP LLC,
GUSTAV RENNY, PELICAN
INVESTMENT HOLDINGS, and
VAJIRA SAMARARATNE,

    Defendants.

## ORDER

**THIS MATTER** is before the Court following an informal discovery conference. (Doc. 125.) As discussed at the conference, the Court rules as follows on the parties' disputes:

The parties have agreed that for all discovery requests addressed in this Order, the scope of responsive documents is limited to the timeframe from January 1, 2022, to December, 31, 2023, and, where appropriate, to the 505/575 area codes.[1] Further, Defendant Pelican must produce a privilege log in response to these or other requests they do not produce. *See* Fed. R. Civ. Pro. 26(b)(5)(A).

Interrogatory No. 2: The Court finds this request overbroad. The parties have agreed on the above scope of responsive documents, and Defendant Pelican will provide them.

Interrogatory No. 3: Defendant Pelican will search again to make sure it has provided all responsive records and supplement as needed.

---

[1] The parties' agreement does not waive Plaintiffs' ability to seek more information outside the above scope of responsive documents at a later date.

Interrogatory No. 7: Defendant Pelican will search again to make sure it has provided all responsive records and supplement as needed.

RFP No. 3: Defendant Pelican will search again to make sure it has provided all responsive records and supplement as needed.

RFP No. 9: The Court will not allow Plaintiff direct access to Defendant Pelican's server or website. The parties will further discuss this request, along with RFP Nos. 5, 6, and 9, and determine how the information requested can best be provided. Any information must relate to Defendant Barker.

RFP No. 14: Defendant Pelican will produce internal do not call list(s).

RFP No. 15: The parties have agreed on the scope of responsive documents, and Defendant Pelican will provide them.

RFP No. 20: Defendant Pelican will search again to make sure it has provided all responsive records and supplement as needed.

**IT IS THEREFORE ORDERED** that Defendant Pelican shall produce responsive documents pursuant to the discussions during the informal discovery conference and the rulings in this Order, and provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) no later than **January 23, 2025**. At the previously scheduled status conference on **January 28, 2025**, the parties should be prepared to provide proposed dates for a settlement conference.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE