IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LAURENCE BARKER,

    Plaintiff,

v.           No. 1:23-cv-0332 SCY/DLM

GR INVESTMENT GROUP LLC,
GUSTAV RENNY, PELICAN
INVESTMENT HOLDINGS, and
VAJIRA SAMARARATNE,

    Defendants.

### ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** is before the Court on Defendant Pelican Investment's motion for an extension of time to respond to discovery. (Doc. 127.) Having considered the motion and noting Plaintiff did not file an opposition, the Court finds it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1) The motion for extension of time is **GRANTED** (Doc. 127);

2) Defendant Pelican Investment shall produce its supplemental discovery responses no later than **January 30, 2025**;

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE